[No. 42638-2-II.   Division Two.   December 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOSEPH MOYLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-1-00296-0, S. Brooke Taylor, J., entered September 27, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 42814-8-II.   Division Two.   December 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ADAM FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00246-0, Stephen M. Warning, J., entered November 8, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Van Deren, J.

[No. 29021-2-III.   Division Three.   December 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. REX D. GREGORY, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 09-1-00177-6, Ray D. Lutes, J. Pro Tem., entered May 5, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 29903-1-III.   Division Three.   December 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN NEILD CARAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-01045-2, Bruce A. Spanner, J., entered April 15, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Siddoway, JJ.